United States District Court
Southern District of Texas
**ENTERED**
November 17, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BRADBURY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2874 |
| | § | |
| DEUTSCHE BANK NATIONAL TRUST | § | |
| CO., as trustee for MORGAN STANLEY | § | |
| ABS CAPITAL I, INC., TRUST 2006-HE8 | § | |
| MORTGAGE PASS THROUGH | § | |
| CERTIFICATE SERIES 2006-HE8, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

This action is dismissed without prejudice for failure to prosecute.

SIGNED on November 17, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1